IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GARCIA, | CASE NO. CV-F-03-5403 LJO |
| Plaintiff, | **ORDER ON PLAINTIFF'S APPEAL FROM ADMINISTRATIVE DECISION FOLLOWING OPINION BY COURT OF APPEALS** |
| vs. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendants. | |

Plaintiff Thomas L. Garcia seeks judicial review of an administrative decision denying his claim for disability benefits under the Social Security Act ("Act"). This Court denied his claim on February 24, 2004. On April 20, 2006, the Ninth Circuit Court of Appeals in case number 04-15812 reversed the decision and instructed this Court to remand the case to the Social Security Administration to calculate and award benefits.

Therefore, in accordance with the appellate Court's decision, and for the reasons set forth therein, it is HEREBY ORDERED that the decision of the Administrative Law Judge is REVERSED and the case is REMANDED for calculation and payment of benefits.
IT IS SO ORDERED.

**Dated:   May 5, 2006**           /s/ Lawrence J. O'Neill
b9ed48                             UNITED STATES MAGISTRATE JUDGE